# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOSH WEAVER, on his own behalf and others similarly situated,**

        **Plaintiff,**

**-vs-**                                                           **Case No.  6:08-cv-83-Orl-22KRS**

**NICK BEARD d/b/a Sunset Lawn Care Services,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on Plaintiff's Counsel's Motion to Withdraw (Doc. No. 14) filed on May 13, 2008.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted and that the case be dismissed without prejudice for failure to comply with a pretrial order of the Court as required by Federal rule of Civil Procedure 16(f).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed June 6, 2008 (Doc. No. 18) is ADOPTED and CONFIRMED and made a part of this Order.

2.     The Motion to Withdraw (Doc. No. 14) is GRANTED.

     3.     This case is DISMISSED WITHOUT PREJUDICE.

     4.     The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 23, 2008.

Copies furnished to:

United States Magistrate Judge  
Counsel of Record  
Josh Weaver, *pro se*

ANNE C. CONWAY  
United States District Judge